IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Anthony Segarra,<br><br>    Petitioner,<br><br>v.<br><br>Carson, et al.,<br><br>    Respondents. | No. CV 06-0954-PHX-PGR (JCG)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Guerin, entered on August 31, 2007, and no party having filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 23)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Michael Anthony Segarra's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED. The Clerk of Court is directed to enter judgment accordingly.

DATED this 27th day of September, 2007.

Paul G. Rosenblatt
United States District Judge