**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Anthony Segarra, | ) | |
| Petitioner, | ) ) | CV 06-954-PHX-PGR (JCG) |
| v. | ) ) | **ORDER** |
| Dora B. Schriro, et al., | ) ) | |
| Respondents. | ) | |

Currently before the Court is Petitioner's Motion to Reinstate his § 2254 Petition for Writ of Habeas Corpus. (Doc. 26.) Petitioner explains that his reasons for motioning the Court at this late stage are because (1) he was "being moved around and did not receive the order in time which to file objection to the recommendation," (2) he was "in an open yard, though is now in a solitary confinement, unable to receive his legal work or property and unable to contact court without proper case number in the required time due to these unfortunate moves," and (3) "upon review of the docket numbers, there are missing documents, this inable [sic] him to be provided with all the proceedings to file any rebuttel [sic] on the Petitioner's behalf."

Petitioner filed the pending motion one year after the filing of the Report and Recommendation and eleven months after the entry of judgment adopting the Report and Recommendation denying Petitioner's writ of habeas corpus. At no point in time did Petitioner file a motion for extension of time to file his objections. Furthermore, Petitioner made no effort to contact the court over the last year, and he has failed to establish good

cause, under the law, as to why this case should be re-opened. Accordingly,

IT IS HEREBY ORDERED **DENYING** Petitioner's Motion to Reinstate his § 2254 Petition for Writ of Habeas Corpus. (Doc. 26.)

DATED this 1st day of November, 2008.

_____
Paul G. Rosenblatt
United States District Judge